# Court of Appeals
# of the State of Georgia

ATLANTA, June 10, 2026

*The Court of Appeals hereby passes the following order:*

**A26A1968.    MEDTECK SOUTHEAST, INC. v. CROSSLINK ORTHOPAEDICS, LLC.**

Upon consideration of the parties' "Consent Motion for Remand to Correct the Record," said motion is GRANTED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 06/10/2026

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*